■ RIDGEWOOD SAVINGS BANK, Respondent, v LEONARD W. HOUSTON, Appellant, et al., Defendants.

There were no genuine material issues of fact presented before Special Term, and its determinations were clearly correct on the

law. Thus, summary judgment was properly granted to plaintiff. Bracken, J. P., O'Connor, Weinstein and Brown, JJ., concur.